◼ In the Matter of DALY'S ASTORIA SANITORIUM, INC., Petitioner, against SUPREME COURT OF THE STATE OF NEW YORK et al., Respondents.— Application by respondents, pursuant to section 1293 of the Civil Practice Act, to dismiss the petition granted, with $50 costs and disbursements. The petition does not state facts sufficient to justify the granting of the relief sought. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

◼ In the Matter of JOHN SCOTTI & SONS, INC., Petitioner, against SUPREME COURT OF THE STATE OF NEW YORK et al., Respondents.— Application by the individual respondent, pursuant to section 1293 of the Civil Practice Act, to dismiss the petition granted, with $50 costs and disbursements. The petition does not state facts sufficient to justify the granting of the relief sought. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN MILO, Appellant.— Motion to dismiss appeal on the ground that the appeal from the order was not timely. Motion denied. The order was entered on June 12, 1956. On July 1, 1956, when chapter 613 of the Laws of 1956, amending section 521 of the Code of Criminal Procedure became effective, no copy of the order with notice of entry had yet been served. The appeal was timely (see, e.g., *Kugel* v. *Telsey,* 250 App. Div. 638). Present — Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ.